FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS SHANE BARNES,<br><br>Defendant. | No. 1:25-CR-02067-SAB-1<br><br>**ORDER GRANTING MOTION TO FURLOUGH DEFENDANT TO INPATIENT TREATMENT**<br><br>***U.S. MARSHALS SERVICE ACTION REQUIRED*** |

Before the Court are Defendant's Motion to Re-open Detention Proceedings and Furlough Defendant to Inpatient Treatment, ECF No. 34 and related Motion to Expedite, ECF No. 35. A hearing on the motion held on January 13, 2026, in Yakima, Washington. Defendant was present in the custody of the U.S. Marshals Service and was represented by Gregory Scott. The United States was represented by Benjamin Seal.

Defendant asks the Court to release him from custody into inpatient treatment. The United States did not oppose his request. The Court orally granted the motion.

Defendant also asked for additional time to review the proffered plea agreement. Defendant submitted a waiver of his Speedy Trial rights. The Court set a status conference for a later date. This Order memorializes the Court's oral ruling.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion to Re-open Detention Proceedings and Furlough Defendant

**ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATES** ~ 1

to Inpatient Treatment, ECF No. 34, and related Motion to Expedite, ECF No. 35, are **GRANTED**.

    2.    The U.S. Marshals Service is directed to release Defendant on **January 22, 2026**, at **12:00 p.m**. to representatives from American Behavior Health Systems (ABHS) in **Spokane**, Washington.

    3.    Prior to being released, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial services office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

    4.    Upon completion of the inpatient treatment program, Defendant shall return to the custody of the U.S. Marshals Service.

    5.    A status conference is **set** for **February 25, 2026**, at **8:30 a.m.**, in **Yakima**, Washington.

    6.    Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between January 13, 2026, the stricken trial date, until February 25, 2026, the date of the status conference, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

    **IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel, U.S. Probation, and the U.S. Marshals Service.

    **DATED** this 15th day of January 2026.



Stan Bastian
Chief United States District Judge

**ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATES ~ 2**