FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS SHANE BARNES,<br><br>Defendant. | No. 1:25-CR-02067-SAB-1<br><br>**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE** |

Before the Court are Defendant's Motion to Modify Conditions of Release, ECF NO. 52, and related Motion to Expedite, ECF No. 53. The motions were heard without oral argument. Defendant is represented by Gregory Scott. The United States was represented by Courtney Pratten.

Defendant asks the Court to modify Special Condition No. 9, which requires GPS monitoring and home detention. He is actively seeking employment, and it is difficult for him to schedule interviews. He indicates U.S. Probation is in support of his request. Good cause exists to grant the motion.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion to Modify Conditions of Release, ECF NO. 52, and related Motion to Expedite, ECF No. 53, are **GRANTED**.

2. Special Condition No. 9 is modified as follows:

No. 9. Curfew: Defendant shall be restricted to his residence as directed by the U.S. Probation/Pretrial Services Office.

**ORDER CONTINUING STATUS CONFERENCE** ~ 1

3.  Defendant shall remain on GPS monitoring as set forth in Special Condition No. 8.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide copies to counsel and U.S. Probation.

**DATED** this 5th day of August 2026.



Stan Bastian
Chief United States District Judge

**ORDER CONTINUING STATUS CONFERENCE ~ 2**